IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**ST. CLAIR ALLMOND,**

Petitioner,

v.   Civil Action No. **3:13CV365**

**HENRICO CO. CIR. CT.** *et al.*,

Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on August 19, 2013, the Court conditionally docketed Petitioner's action. On October 23, 2013, the United States Postal Service returned an October 16, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER," because Petitioner apparently relocated. Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 11-4-13
Richmond, Virginia

/s/
James R. Spencer
United States District Judge